**In the Interest of K.D.W. and R.B.W., Plaintiff;**

**B.E. and C.A.E., Respondent,**

**v.**

**J.W. (Natural Mother), Appellant; R.S. (Father), Defendant; C.B. (Father), Defendant.**

**No. WD 61273.**

Missouri Court of Appeals, Western District.

Oct. 22, 2002.

Karen L. Rosenberg, Kansas City, for appellant.

Gerald F. McGonagle, Kansas City, for respondent.

Mary S. Mann, Kansas City, Attorney and Guardian for K.D.W. and R.B.W.

Before EDWIN H. SMITH, P.J., LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Appellant mother's parental rights were terminated in an adoption proceeding filed by potential adoptive parents under § 453.040(7), RSMo 2000.[1] The judgment of termination prior to adoption, on grounds of abuse and neglect, under

indicated.

§ 211.447.4(2), was supported by clear, cogent and convincing evidence, and termination was in the best interest of the children. Affirmed. Rule 84.16(b).